

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-20-00075-CR

**IN RE** Fortino Anthony **GUTIERREZ**

Original Mandamus Proceeding[1]

**ORDER**

On February 5, 2020, relator filed an application for leave to file a petition for writ mandamus and a petition for writ of mandamus. We deny as moot relator's request to file a petition for writ of mandamus because leave is not required to file a petition in an intermediate appellate court. *See* TEX. R. APP. P. 52.1; *In re Medina*, 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, no pet.). After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 12, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2018CR11220 & 2018CR11221, styled *The State v. Fortino Antonio Gutierrez*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Andrew Carruthers presiding.